LANE BROS. CO. v. WILCOX MFG. CO. et al.

(Circuit Court, S. D. New York. November 1, 1905.)

No. 8,665.

PATENTS—INVENTION—DOOR HANGERS.

The Lane patents, No. 422,305, for a wheel for door hangers, and No. 426,390, for a door hanger, are void for lack of patentable invention, and the latter also for anticipation.

In Equity. Suit for infringement of letters patent No. 422,305, for a wheel for door hangers, granted to William J. Lane February 25, 1890, and No. 426,390 for a door hanger, granted to the same patentee April 22, 1890. On final hearing.

A. Parker Smith, for complainant.
Herbert A. Heyn and Bond, Adams, Pickard & Jackson, for defendants.

HOLT, District Judge. I think that the complainant's patents for door hangers, No. 426,390, and for a wheel for door hangers, No. 422,-305, are invalid for lack of patentable invention. The patent for door hangers was, in my opinion, anticipated by the patents to Doan, Prindle, Stevens, and Richards, and the patent for a wheel by the patents to Ewing, Ward, Martindale, McAleenan, and Righter. The design patent, in my opinion, is invalid, because the design attempted to be patented has no peculiar configuration or ornamentation which enhances its saleable value. It is nothing but an attempt to obtain a design patent for the shape of a mechanical structure.

My conclusion is that the bill should be dismissed, with costs.